# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIN O BAE, AN INDIVIDUAL; AND
SHIN OK BAE, AN INDIVIDUAL,
                    Appellants,
          vs.
PENNYMAC LOAN SERVICES, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                    Respondent.

No. 76992

**FILED**

JUL 02 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:  Hon. David M. Jones, District Judge
     Charles K. Hauser, Settlement Judge
     Law Offices of P. Sterling Kerr
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

---

[1]The parties' request for release of the cost bond is denied without prejudice to appellant's right to move the district court for release of the bond. *See* NRAP 7 (indicating that a bond for costs on appeal is filed in the district court along with the notice of appeal).

19-28377